IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JOEL W. WOCELKA,

    Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 10-cv-74-wmc

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff Joel W. Wocelka against defendant Michael J. Astrue awarding plaintiff attorney fees under the Equal Access to Justice Act in the amount of $3,000.00.

Approved as to form this _19th_ day of January, 2011.

_____
WILLIAM M. CONLEY, District Judge

_____    _1/20/11_
Peter Oppeneer, Clerk of Court    Date